UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-97-SPC-KCD

JONTAVIOUS JARQUEL
GRIFFIN

_____

## PRELIMINARY ORDER OF FORFEITURE[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 30). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in a Smith & Wesson, SD9 firearm, serial number DWN1107 and miscellaneous ammunition seized on or about July 27, 2022. (the "Assets"). *See 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) Fed. R. Crim. Proc.* In so moving, the Government has connected the Smith & Wesson, SD9 firearm, serial number DWN1107 and miscellaneous ammunition seized on or about July 27, 2022 to the adjudicated offense. The Court thus finds the United States is entitled to possession of the Smith & Wesson, SD9 firearm, serial

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

number DWN1107 and miscellaneous ammunition seized on or about July 27, 2022.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 30) is **GRANTED**.

1. Defendant's interest in the Smith & Wesson, SD9 firearm, serial number DWN1107 and miscellaneous ammunition seized on or about July 27, 2022 is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) Fed. R. Crim. Proc.

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on March 24, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record