UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 2:22-cr-97-SPC-KCD

JONTAVIOUS JARQUEL GRIFFIN

_____

### **FINAL ORDER OF FOREFEITURE**[1]

Before the Court is the United States' Amended Motion for Final Order

of Forfeiture.  (Doc. 40).  Now that defendant has been adjudicated guilty, the

Government seeks a final order forfeiting his interest in a Smith & Wesson,

SD9 firearm, serial number DWN1107, and miscellaneous ammunition seized

from the defendant on or about July 27, 2022, which were involved or used in

the offense charged in Count One of the Indictment and which were subject to

a March 24, 2023 Preliminary Order of Forfeiture (Doc. 32).  Although the

Government gave proper notice, no third parties have petitioned for the Smith

& Wesson, SD9 firearm, serial number DWN1107, and miscellaneous

ammunition, and the time to do so has expired.  The Court thus will forfeit all

right, title, and interest in the assorted ammunition to the Government.

---

[1] Disclaimer:  Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using
hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties
or their services or products, nor does it have any agreements with them.  The Court is not
responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is

**ORDERED**:

The United States' Amended Motion for Final Order of Forfeiture (Doc. 40) is **GRANTED**.

1. Defendant's interest in the Smith & Wesson, SD9 firearm, serial number DWN1107, and miscellaneous ammunition seized from the defendant on or about July 27, 2022 is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

3. The United States Motion for Final Order of Forfeiture (Doc. 39) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Myers, Florida on June 13, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record